# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT M. ROLLINS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-115-GPM |
| | ) |
| W. A. SHERROD, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Petitioner is currently in federal custody at the Federal Correctional Institution in Greenville, Illinois. He believes that he should be eligible for release in less than a year. Because of a detainer lodged against him by the State of Colorado, however, the Bureau of Prisons will not place him in a halfway house facility. Therefore, he filed this action pursuant to 28 U.S.C. § 2241 to challenge the validity of the detainer. He has since filed a motion for leave to proceed *in forma pauperis* (Doc. 6), and the Court finds that he is indigent; accordingly, this motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States

Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner's motion to expedite these proceedings (Doc. 4) is now **MOOT**.

**IT IS SO ORDERED.**

DATED: 7/18/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge